# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

May 16, 2024

> Request GRANTED. The Court adopts the schedule proposed below. Plaitniff's motion for judgment on the pleadings is due by August 5, 2024; Defendants reply is due by October 4, 2024; and Plaintiff's reply (if any) is due on October 18, 2024.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE      5/17/2024

**VIA ECF**

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Lopatequi v. Commissioner of Social Security*
      Civil Action No. 1:24-cv-01079-KHP

Dear Judge Parker,

    We write on behalf of plaintiff, Veronica Lopatequi, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on May 22, 2024 per the Court's February 15, 2024 Standing Scheduling Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file her motion for judgment on the pleadings on or before **August 5, 2024**;

b. Defendant to file its response/cross-motion on or before **October 4, 2024**; and

c. Plaintiff to file her reply (if any) on or before **October 18, 2024**.

Thank you for your consideration of this request.

Honorable Katharine H. Parker
May 16, 2024
Page Two

        Respectfully submitted,

        <u>s/Daniel A. Osborn</u>
        Daniel A. Osborn
        OSBORN LAW, P.C.
        43 West 43rd Street, Suite 131
        New York, New York 10036
        Telephone:   212-725-9800
        Facsimile:   212-500-5115
        dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)